# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gurbir Singh Maan, | No. CV-26-03733-PHX-CKJ (JFM) |
| Petitioner, | **ORDER** |
| v. | |
| Eric Rokosky, et al., | |
| Respondents. | |

Petitioner challenged his present immigration detention, arguing he was previously released from immigration detention on his own recognizance and his re-detention without a pre-deprivation hearing violated his due process rights.  (Doc. 1.)  The Court directed Respondents to show cause why the Petition should not be granted.  (Doc. 3.) Respondents' response stated:

> Respondents do not oppose the habeas petition or the requested relief of release from custody.

(Doc. 4.)  The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his request for release from custody.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his request for release from custody.  The remainder of the Petition is denied as moot.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within two business days of Petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 5th day of June, 2026.

_____
Honorable Cindy K. Jorgenson
United States District Judge